IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TERRY MCCOVEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-119-HL-TQL |
| | * |
| WARDEN SHAWN EMMONS, et, al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of January, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk